UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEWART,<br><br>    Plaintiff,<br><br>v.<br><br>ELSIE GREEN, INC.,<br><br>    Defendant. | Case No. 24-cv-02280-JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 13 |

This matter is scheduled for a case management conference on July 19, 2024, and a joint case management conference statement would have been due on July 12, 2024. The parties did not file a statement, and Defendant has not appeared. Under Federal Rule of Civil Procedure 4(m), the deadline to serve Defendant was July 16, 2024. Plaintiff has not filed a proof of service.

Accordingly, the Court VACATES the case management conference and ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute or to comply with Rule 4(m). Plaintiff's response to this Order to Show Cause shall be due by July 26, 2024.

**IT IS SO ORDERED**.

Dated: July 17, 2024

JEFFREY S. WHITE
United States District Judge